FILED

MAR 12 2009

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ____________ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:09-M-1185

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | CRIMINAL INFORMATION |
| | } | |
| CRAIG, RYAN | } | |

The United States Attorney charges:

COUNT I

THAT, on or about 27 November 2008, on the Pope Air Force Base Military Reservation an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, RYAN CRAIG, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol to have an alcohol concentration of 0.08% or more at a relevant time after driving; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

GEORGE E.B. HOLDING
United States Attorney

BY: ______________________
MITCHELL J. HOWIE, Capt, USAF
Special Assistant United States Attorney